IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORMA C. SULLIVAN and DONALD E. SULLIVAN, Plaintiffs, | |
| v. | No. 99-754 C (Senior Judge Smith) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

With the consent of plaintiffs, defendant hereby respectfully requests that the remaining deadlines in this case, as set forth in the Court's June 19, 2006 order, be extended an additional month and that the status conference, presently scheduled for October 16, 2006, be re-scheduled for a date and time, convenient to the Court, on or about November 16, 2006.

We request the extension of the deadlines because the Government encountered difficulty obtaining an expert upon the subject matter (the diminution of the value of plaintiffs' personal injury lawsuit) which will be dispositive of damages in plaintiffs' claim before this Court. We have found an appropriate expert and expect to formally hire him shortly, but need the additional time for him to consider the evidence and issue his report, which is presently due on October 16, 2006.

We request the re-scheduling of the status conference because plaintiff's counsel will be in a trial on October 16, 2006, and he has asked us to convey his request for re-scheduling to the Court.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an extension of time by amending the Court's June 19, 2006 order to extend the remaining deadlines therein by a month.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

October 12, 2006

Attorneys for Defendant