# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**NORMA C. SULLIVAN** and
**DONALD E. SULLIVAN,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 99-754C

Senior Judge Loren A. Smith

Filed: October 13, 2006

**ORDER**

The Court hereby RESCHEDULES a telephone status conference that was set for Monday, October 16, 2006 for Wednesday, November 15, 2006 at 2:00 p.m. EST to update the Court on the progress regarding the stipulation of damages.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge