# In the United States Court of Federal Claims

| | |
|---|---|
| **NORMA C. SULLIVAN** and **DONALD E. SULLIVAN,** | |
| *Plaintiffs,* | Case No. 99-754C |
| v. | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | Filed: November 15, 2006 |
| *Defendant.* | |

## ORDER

Pursuant to the telephone status conference call held on November 15, 2006, Plaintiffs shall re-file their expert report(s) with the Court. Defendant's expert report(s) shall be filed and served on or before November 16, 2006. All discovery shall be completed by January 31, 2007.

The Court further SCHEDULES a telephone status conference for Thursday, February 1, 2007 at 2:00 p.m. EDT.

**It is so ORDERED.**

LOREN A. SMITH
Senior Judge