IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORMA C. SULLIVAN and<br>DONALD E. SULLIVAN, | ) | |
| Plaintiffs, | ) | No. 99-754 C |
| VS. | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

PLAINTIFFS' NOTICE OF FILING

In accordance with the Court's Order dated November 15, 2006, Plaintiffs hereby re-file report of Plaintiffs' Expert.

Respectfully submitted,

s/ Edward S. Bear Jr
EDWARD S. BEAR JR.
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301
800-322-9022

November 17, 2006