# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**NORMA C. SULLIVAN** and
**DONALD E. SULLIVAN,**

*Plaintiffs,* — Case No. 99-754C

v. — Senior Judge Loren A. Smith

**THE UNITED STATES**, — Filed: February 2, 2007

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the telephone status conference on February 1, 2007, the Court hereby SCHEDULES a telephone status conference for Thursday, March 29, 2007 at 2:30 p.m.

The Court further SCHEDULES the damages trial to be held the week of May 7, 2007, in Boston, MA.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge