IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORMA C. SULLIVAN, and<br>DONALD E. SULLIVAN,<br>Plaintiffs, | |
| VS. | No.: 99-754C<br>Senior Judge Smith |
| THE UNITED STATES<br>Defendant, | |

PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE AND TRIAL FOR 120 DAYS

Plaintiffs hereby move the Court to continue telephonic status conference presently scheduled for 3/29/07 and trial presently scheduled for 5/7/07, for one hundred twenty (120) days respectively.

As reasons therefore, Plaintiffs state that Attorney Edward S. Bear Jr. is leaving the firm of Office of Albert E. Grady. Although Attorney Bear is attorney of record for Plaintiffs, Plaintiffs are originally clients of Office of Albert E. Grady and Attorney Bear entered his appearance in this matter through his employment with Office of Albert E. Grady.

The requested continuance is necessary to allow another attorney from Office of Albert E. Grady to be admitted to the bar of this Court, if not already, and then substituted as counsel of record in this matter.

Wherefore Plaintiffs ask the Court to continue telephonic status conference presently scheduled for 3/29/07 and trial presently scheduled for 5/7/07, for one hundred twenty (120) days respectively.

Respectfully submitted,

March 6, 2007

s/ Edward S. Bear Jr.

EDWARD S. BEAR JR.
OFFICE OF ALBERT E. GRADY
226 Montello Street
Brockton, MA 02301
800-322-9022