# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**NORMA C. SULLIVAN** and
**DONALD E. SULLIVAN,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 99-754C

Senior Judge Loren A. Smith

Filed: March 7, 2007

**ORDER**

The Court hereby RESCHEDULES a telephone status conference that was set for March 29, 2007 for Tuesday, March 13, 2007 at 4:00 p.m. EDT to discuss the Plaintiffs' Motion to Continue Status Conference and Trial for 120 Days.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge