# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**NORMA C. SULLIVAN** and *
**DONALD E. SULLIVAN,** *
*
*Plaintiffs,* * Case No. 99-754C
*
v. * Senior Judge Loren A. Smith
*
**THE UNITED STATES**, * Filed: March 13, 2007
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone hearing on March 13, 2007, the Court hereby **RESCHEDULES** the damages trial from the week of May 7, 2007 to the week of August 13, 2007, in Boston, MA.

The Court further **DIRECTS** Albert E. Grady, Esq. to file his Motion of Substitution of Counsel pursuant to RCFC 83.1(c)(4) and necessary paperwork to become a member of this Court's bar within 30 days from the date of this order.

The Court further **SCHEDULES** a telephone pre-trial conference for Thursday, August 2, 2007, at 3:00 p.m. EDT.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge