# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **NORMA C. SULLIVAN** and | * | |
| **DONALD E. SULLIVAN,** | * | |
| | * | |
| *Plaintiffs,* | * | Case No. 99-754C |
| | * | |
| v. | * | Senior Judge Loren A. Smith |
| | * | |
| **THE UNITED STATES**, | * | Filed: April 18, 2007 |
| | * | |
| *Defendant*. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby SCHEDULES a telephone status conference for Tuesday, April 24, 2007 at 11:30 a.m. EDT to discuss the status of Mr. Grady's application to become a member of this bar.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge