# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **NORMA C. SULLIVAN** and **DONALD E. SULLIVAN,** | | |
| *Plaintiffs,* | | Case No. 99-754C |
| v. | | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | | Filed: July 17, 2007 |
| *Defendant*. | | |

**ORDER**

The Court hereby SCHEDULES a telephone status conference for Tuesday, July 31, 2007 at 11:30 a.m. to discuss the progress of settlement in this case.

The Court further CANCELS the pretrial conference previously set for August 2, 2007 as well as trial set for the week of August 13, 2007. In the event the matter is not settled, the Court shall re-schedule both the pretrial conference and trial.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge