UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORMA C. SULLIVAN, and | ) | |
| DONALD E. SULLIVAN, | ) | |
| Plaintiffs, | ) | Case No. 99-754C |
| | ) | (Senior Judge Loren A. Smith) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendants. | ) | |

# ALBERT E. GRADY'S AFFIDAVIT OF APPOINTMENT AS COUNSEL FOR PLAINTIFF

1. I, the undersigned, am an attorney licensed in the Commonwealth of Massachusetts since 1968 and admitted to practice in the United States Court of Federal Claims;
2. I have been engaged by Plaintiffs Norma and Donald Sullivan as counsel to represent them in the above matter;
3. I have previously had Edward S. Bear and Charles Berg of my office represent my clients;
4. It is the intent of my clients that I serve as trial counsel;
5. Copy of foregoing is served on my former employee, Edward S. Bear at the new firm at which he works as shown on Certificate of Service.

Albert E. Grady (BBO # 206020)
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301
(508)583-8562
(508) 586-0734 (fax)

July 27, 2007