# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**NORMA C. SULLIVAN** and *
**DONALD E. SULLIVAN,** *
*
*Plaintiffs,* * Case No. 99-754C
*
v. * Senior Judge Loren A. Smith
*
**THE UNITED STATES**, * Filed: August 2, 2007
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby substitutes Attorney Albert E. Grady as counsel for plaintiff. Edward S. Bear, Esq. is hereby terminated as counsel for plaintiff.

The Court further SCHEDULES a telephone status conference for Wednesday, September 5, 2007 at 3:30 a.m. to discuss the progress of settlement in this case.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge