# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **NORMA C. SULLIVAN** and **DONALD E. SULLIVAN,** | | |
| *Plaintiffs,* | | Case No. 99-754C |
| v. | | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | | Filed: September 10, 2007 |
| *Defendant*. | | |

## ORDER

Pursuant to the status conference held on September 5, 2007, the Court hereby **ALLOWS** discovery for Defendant to remain open until November 9, 2007. The Court further **SCHEDULES** a pre-trial conference for Tuesday, December 11, 2007 at 3:30 p.m. EST. The trial shall be held January 14-15, 2008 in Boston, MA.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge