# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**NORMA C. SULLIVAN** and
**DONALD E. SULLIVAN,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 99-754C

Senior Judge Loren A. Smith

Filed: December 12, 2007

**ORDER**

Pursuant to the pretrial conference held on December 11, 2007, the Court **ORDERS** Plaintiffs to file their pretrial documents required by Appendix A of the Rules of the United States Court of Federal Claims, including a Witness List, an Exhibit List, and a Memorandum of Contentions of Fact and Law, on or before December 20, 2007. Further, the Court **GRANTS** Defendant's request to file and serve its responsive documents on or before January 7, 2008.

Trial is **RESCHEDULED** for Tuesday, January 15, 2008 and Wednesday, January 16, 2008. Trial shall commence at 10:00 am on Tuesday, January 15, 2008 in Courtroom #5, John Joseph Moakley Courthouse, One Courthouse Way, Boston, MA.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge