# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **NORMA C. SULLIVAN and DONALD E. SULLIVAN,** **Plaintiffs** | |
| **v.** | Case No. 99-754C (Senior Judge Loren A. Smith) |
| **THE UNITED STATES,** **Defendant** | |

## PLAINTIFF'S LIST OF EXHIBITS TO BE OFFERED AT TRIAL

1. Records and report of Dr. Timothy J. Wierzbicki;
2. Records and report of Dr. Harold A. Just;
3. Records of Dr. Kirit Bhalani;
4. The following Trial exhibits were taken from the Deposition Exhibits of Attorney Robert S. Creedon, taken on May 17, 2007:
   a. Report of Dr. John Messersmith M.D. at P-001
   b. Accident Report – P-002 – P-004
   c. Good Samaritan Medical Center Medical Records at P-005 – P-014
   d. X-rays from day of Accident at P-011
   e. Packer Chiropractic Offices Medical Records and Bills at P-015 – P-023
   f. Sullivan Orthopedic Bone Scan order at P-024
   g. Good Samaritan Medical Center Bone Scan Bill at P-025
   h. December 6, 1995 Brockton Regional MRI Report and Bill at P-026 – P-028
   i. Good Samaritan Abdomen and Pelvis CT Record and Bill at P-029 – P-030
   j. Sullivan Orthopedic Bills and Records at P-031 – P-042
   k. Good Samaritan Medical Center Medical Records and Bills at P-043 – P-074
   l. Operator's Report at P-075 – P-076
   m. Application for Personal Injury Protection Benefits at P-077 – P-079
   n. Enterprise Rental Car Records at P-080 – P-081
   o. Stipulation of the Parties at P-085-P-087
   p. Medical expenses Table at P-088
   q. Life Tables at P-089
   r. Plaintiff's Schedule SE from 1994 and 1995 at P-106 – P-108
5. Sedona Family Practice Medical Records

6. Records and bills from Good Samaritan Medical Center (DOS 6/12/07)
7. Columbia Medical Center Medical Records and Bills
8. Letter to J. Ried Prouty of July 16, 2007
9. Letter to J. Reid Prouty of November 7, 2007 enclosing certified medical records and report under c. 233 Section 79G of Massachusetts General Laws of Dr. Harold A. Just, Dr. Kirit Bhalani, and Dr. Timothy Wierzbicki.

Plaintiffs, Norma C. and Donald E. Sullivan,
By their attorneys,

Albert E. Grady, Esquire
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02401
Tel: 508 583-8562
*Fax: 508 586-0734*

December 14, 2007