# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**NORMA C. SULLIVAN and DONALD E. SULLIVAN,**

**Plaintiffs**

**v.**

**THE UNITED STATES,**

**Defendant**

Case No. 99-754C
(Senior Judge Loren A. Smith)

PLAINTIFF'S LIST OF WITNESSES TO BE CALLED AT TRIAL

1. Norma Sullivan, 140 South Street Apt. 1 West Bridgewater, MA 02379
2. Donald Sullivan, 140 South Street Apt. 1 West Bridgewater, MA 02379
3. Attorney Robert S. Creedon, One Centre Street Brockton, MA 02301
4. Sharon Curry, 68 Hart St., Taunton, MA 02780
5. Dan Sullivan, , 16 Southworth St., Lakeville, MA 02347
6. Stephen Sullivan, 21 Walnut St., Bridgewater, MA 02324

Plaintiffs, Norma C. and Donald E. Sullivan,
By their attorneys,

Albert E. Grady, Esquire
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02401
Tel: 508 583-8562
*Fax: 508 586-0734*

December 14, 2007