# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**NORMA C. SULLIVAN** and
**DONALD E. SULLIVAN,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 99-754C

Senior Judge Loren A. Smith

Filed: February 13, 2008

## ORDER

Pursuant to the telephone status conference held on January 24, 2008, the Court hereby **RESCHEDULES** trial for Wednesday, May 28, 2008 through Friday, May 30, 2008. Trial shall commence at 10:00 am on Wednesday, May 28, 2008 in Courtroom #6, John Joseph Moakley Courthouse, One Courthouse Way, Boston, MA.

The Court further **SCHEDULES** a pretrial conference by telephone for Wednesday, May 7, 2008 at 3:00 p.m.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge