# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **NORMA C. SULLIVAN** and **DONALD E. SULLIVAN,** | * | |
| *Plaintiffs,* | * | Case No. 99-754C |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | Filed: June 12, 2008 |
| *Defendant*. | * | |

## ORDER

The Court **SCHEDULES** a telephone status conference for Tuesday, June 17, 2008 at 3:00 p.m. EDT.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge