# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **NORMA C. SULLIVAN** and **DONALD E. SULLIVAN,** | |
| *Plaintiffs,* | Case No. 99-754C |
| v. | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | Filed: June 16, 2008 |
| *Defendant*. | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously scheduled for Tuesday, June 17 to Wednesday, June 18 at 3:00 p.m. EDT.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge