# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**NORMA C. SULLIVAN** and *
**DONALD E. SULLIVAN,** *
*
*Plaintiffs,* * Case No. 99-754C
*
v. * Senior Judge Loren A. Smith
*
**THE UNITED STATES**, * Filed: June 24, 2008
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the telephone status conference held on June 18, the Court hereby **SCHEDULES** a telephone status conference for Friday, July 18 at 3:00 P.M. EDT.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge