# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**NORMA C. SULLIVAN** and *
**DONALD E. SULLIVAN,** *
*
*Plaintiffs,* * Case No. 99-754C
*
v. * Senior Judge Loren A. Smith
*
**THE UNITED STATES**, * Filed: July 8, 2008
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The telephone status conference previously scheduled for Friday, July 18, 2008 is hereby **RESCHEDULED** for Tuesday, July 22, 2008 at 3:30 p.m EDT.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge