# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**NORMA C. SULLIVAN** and *
**DONALD E. SULLIVAN,** *
*
*Plaintiffs,* * Case No. 99-754C
*
v. * Senior Judge Loren A. Smith
*
**THE UNITED STATES**, * Filed: July 22, 2008
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on July 22, 2008, the Court hereby establishes the following schedule. Plaintiffs shall file their post trial brief on or before Friday, August 29, 2008. Defendant shall file its post trial brief in response on or before Tuesday, September 19, 2008. Plaintiffs shall file their reply on or before Friday, October 3, 2008.

The Court further **SCHEDULES** closing argument by telephone for Friday, October 17, 2008 at 3:00 p.m.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge