IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORMA C. SULLIVAN and<br>DONALD E. SULLIVAN,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 99-754 C<br>(Senior Judge Smith) |

DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

At the request of plaintiffs, defendant hereby respectfully requests that the post-trial briefing deadlines in this case, as set forth in the Court's July 22, 2008 order, be extended an additional week, while leaving the closing argument as scheduled.

We request the extension of the deadlines because the parties had a misunderstanding about when the Government would provide a paginated version of plaintiffs' exhibit booklets to plaintiffs' counsel. The matter is being resolved, but it has hindered plaintiffs' efforts to complete their post-trial brief within the time set forth in the Court's order. We anticipate that the extra week will be sufficient time to remedy the situation and will not adversely affect the ability of the parties to present closing arguments on October 17, 2008, as currently scheduled.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an extension of time by amending the Court's July 22, 2008 order to extend the briefing deadlines therein by a week.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

August 28, 2008

Attorneys for Defendant