# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **NORMA C. SULLIVAN** and **DONALD E. SULLIVAN,** | |
| *Plaintiffs,* | Case No. 99-754C |
| v. | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | Filed: September 2, 2008 |
| *Defendant*. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** Defendant's motion to modify the scheduling order dated July 22, 2008. Plaintiffs shall file their post trial brief on or before September 5, 2008. Defendant shall file its post trial brief in response on or before September 26, 2008. Plaintiffs shall file their reply on or before October 10, 2008. The closing argument date of October 17, 2008 remains unchanged.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge