UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORMA C. SULLIVAN | ) | Case No. 99-754C |
| and | ) | |
| DONALD E. SULLIVAN, | ) | |
| Plaintiffs, | ) | |
| | ) | Senior Judge Loren A. Smith |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendants, | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLAINTIFFS'TRIAL BRIEF**

Plaintiffs hereby move the Court to allow Plaintiffs to amend Plaintiffs' Trial Brief that was electronically filed with the Court on September 5, 2008. Counsel for the Plaintiffs has corresponded with Counsel for Defendant, Attorney Reid Prouty, via email on September 5, 2008 and Counsel for Defendant does not object to Plaintiffs amending Plaintiffs' Trial Brief. Plaintiffs' Amended Trial Brief to follow, along with Champion v. Upjohn case that Plaintiffs wish to attach to said amended brief.

WHEREFORE, the Plaintiffs with the assent of the Defendant request this Honorable Court to provide Plaintiffs leave to amend Plaintiffs' Trial Brief and re-file with the Court.

RESPECTFULLY SUBMITTED,
Plaintiffs by their Attorney,

/s/ Albert E. Grady, Esq.

Albert E. Grady, Esq.
BBO#: 206020
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301
(508) 583-8562

CERTIFICATE OF SERVICE

I, Albert E. Grady, an Attorney for the Plaintiffs, BBO # 206020 hereby certify on oath that I served a copy of the foregoing Plaintiff's Motion for Leave to Amend Plaintiffs' Trial Brief, on counsel of record, J. Reid Prouty, Department of Justice, Classification Unit, 8th Floor, 1100 L. Street, N.W., Washington, D.C. 20530 via regular mail and email at J.Reid.Prouty@usdoj.gov and that this document filed through the ECF system will be sent to the registered participant as identified on the Notice of Filing this 12th day of September, 2008.

/s/ Albert E. Grady
Albert E. Grady, Esq.
BBO#: 206020
OFFICE OF ALBERT E. GRADY
226 Montello Street
Brockton, MA 02301

Dated: September 12, 2008